*OFFICE OF THE CLERK*
*UNITED STATES DISTRICT COURT*
*for the*
*MIDDLE DISTRICT of PENNSYLVANIA*

**William J. Nealon Federal Building & U.S. Courthouse**
**235 North Washington Avenue**
**P.O. Box 1148**
**Scranton, PA 18501-1148**
Internet Address: **www.pamd.uscourts.gov**

**MARY E. D'ANDREA**                                              (570) 207-5600
  Clerk of Court                                                  FAX (570) 207-5650


9/25/12


Commissioner of Patents
and Trademarks
P.O. Box 1450
Alexandria, Virginia 22313-1450


Re: 3:12-cv-1894

Millenium TGA, Inc. V. Danouski


Dear Commissioner:


In compliance with 35 U.S.C. Sec. 290 and/or 15 U.S.C. Sec. 1116 enclosed is a copy of the docket entries and complaint (or closing order) which was filed in the United States District Court for the Middle District of Pennsylvania.


Sincerely yours,


Mary E. D'Andrea

Clerk of Court


By:     s/Tanya Scott

Deputy Clerk