IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MILLENIUM TGA, INC., | : | Civil Action No. 3:2012cv01894 |
| Plaintiff, | : | |
| v. | : | |
| JEFFREY DANOUSKI | : | |
| Defendant. | : | |
| | : | |
| | : | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety with prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the defendant in this case has neither filed an answer to Plaintiff's Complaint, nor any other responsive pleading. Therefore, respectfully, Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Plaintiff prays that the Court enter a judgment reflecting the above.

    Respectfully Submitted,

    Plaintiff,
    By its attorneys,

DATED: October 22, 2012

By:    /s/ Daniel G. Ruggiero

    Daniel G. Ruggiero, Esq.
    P.O. Box 291
    Canton, MA 02021
    Telephone: (339) 237-0343
    Fax: (339) 707-2808

    *Attorney for Plaintiff*